# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHANNON LEE DERTZ,

      **Plaintiff,**

v.                                          Case No. 24-CV-1213

CRAIG SCHOENECKER,

      **Defendant.**

## ORDER

On December 8, 2025, the defendant filed a motion to dismiss for failure to prosecute. (ECF No. 22.) The defendant states that *pro se* plaintiff Shannon Lee Dertz has not responded to requests to provide the defendant access to his medical records, which are essential to the case. Dertz did not file a response to the defendant's motion, and the court has not otherwise heard from him.

As such, the court will dismiss this case because Dertz is not prosecuting it. *See* Fed. R. Civ. P. 41(c).

**IT IS THEREFORE ORDERED** that the defendant's motion to dismiss for failure to prosecute (ECF No. 22) is **GRANTED** and that this case is **DISMISSED**. The clerk of court will enter judgment accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within **30 days** of the entry of judgment. *See* Federal

Rule of Appellate Procedure 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. *See* Federal Rule of Appellate Procedure 4(a)(5)(A).

Under certain circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within **28 days** of the entry of judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2).

A party is expected to closely review all applicable rules and determine what, if any, further action is appropriate.

Dated at Milwaukee, Wisconsin this 27th day of January, 2026.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge
